# THE STATE OF NEW HAMPSHIRE

# SUPREME COURT

**In Case No. 2013-0051, <u>Vyacheslav Baranov v. Valentin Karas</u>, the court on April 7, 2015, issued the following order:**

Having considered the brief, the memorandum of law, and the record submitted on appeal, we conclude that oral argument is unnecessary in this case. <u>See</u> <u>Sup. Ct. R.</u> 18(1). We affirm.

The plaintiff, Vyacheslav Baranov, appeals an order of the Circuit Court (<u>Michael</u>, J.) ruling in favor of the defendant, Valentin Karas, on the plaintiff's small claim complaint. He contends that the trial court: (1) violated his right to due process by denying his "Motion for Digital Forensic Examination of Defendant's Computer(s)"; and (2) erred by denying his "Motion to Set Aside the Judgment," the purpose of which was to give him access to a receipt that was the subject of testimony at the first hearing on his claim.

As the appealing party, the plaintiff has the burden of demonstrating reversible error. <u>Gallo v. Traina</u>, 166 N.H. 737, 740 (2014). Based upon our review of the trial court's order, the plaintiff's challenges to it, the relevant law, and the record submitted on appeal, we conclude that the plaintiff has not demonstrated reversible error. <u>See</u> <u>id</u>.

<u>Affirmed</u>.

Dalianis, C.J., and Hicks, Conboy, Lynn, and Bassett, JJ., concurred.

**Eileen Fox,**
**Clerk**